# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| VICTOR ALFONSO MATOS BASTIDAS, | § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| MARY DE ANDA YBARRA, REGIONAL DIRECTOR OF ICE; PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; TODD M. LYONS, ACTING DIRECTOR OF ICE; MICHAEL WATKINS, FACILITY DIRECTOR; AND KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, | § § § § § § § § § § | No.  3:26-CV-00687-LS |
| *Respondents*. | § § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 11, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**